Kenneth J. Kelly (KK-4195)
Jennifer M. Horowitz (JH-3173)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
212-351-4500
Attorneys for Defendant
Aetna Life Insurance Company



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FREDRIC JOEL COHEN, M.D., P.C.

(Tatyana Zeldin)

                Plaintiff,

    – against –

AETNA U.S. HEALTHCARE INSURANCE
COMPANY,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**06 CV 15187**

Civ. _____

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK:

      Defendant Aetna Life Insurance Company ("Aetna"), named incorrectly by

plaintiff as "Aetna U.S. Healthcare Insurance Company," by its attorneys Epstein Becker &

Green, P.C., respectfully seeks to remove this action from the Civil Court of the City of New

York, County of New York, to the United States District Court for the Southern District of New

York. As reasons therefor, Aetna states as follows:

## THE CIVIL COURT ACTION

    1.    Plaintiff Fredric Joel Cohen, M.D., P.C. purported to institute an action against

Aetna in the Civil Court of the City of New York, County of New York (the "Civil Court

Action") by serving a summons and endorsed complaint by regular mail to Aetna's New York

NY:1514830v1

office, 99 Park Avenue, New York, New York. A copy of the summons and endorsed complaint ("complaint") is attached as Exhibit A.

2. Upon information and belief, plaintiff has offices located at 61 East 66th Street, New York, New York 10021.

3. As set forth more fully below, plaintiff's complaint seeks recovery of the sum of $57,243.00, plus interest, for services rendered to the beneficiary of a health plan with Automatic Data Processing, Inc. ("ADP"). Aetna and ADP entered into a contract pursuant to which Aetna provides administrative services to ADP in connection with ADP's self-insured health benefits plan.

4. The Civil Court Action is removable from the Civil Court to this Court pursuant to 28 U.S.C. § 1441(a), because the complaint raises claims under the laws of the United States over which this Court has original jurisdiction under 28 U.S.C. §1331.

## BASIS FOR REMOVAL

5. Plaintiff alleges that Aetna issued health insurance to Tatyana Zeldin. Upon information and belief, Ms. Zeldin received health insurance from her employer, ADP. The plan of health benefits provided by ADP to its employees, including Ms. Zeldin, constitutes an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. §§ 1001, et seq.

6. Aetna provides administrative services to ADP in connection with ADP's health benefits plan pursuant to an administrative services contract between Aetna and ADP.

7. Plaintiff has asserted one cause of action against Aetna in the complaint, alleging that Aetna breached an insurance contract when it refused to pay health coverage claims arising from Ms. Zeldin's insurance provided by ADP.

8. Because plaintiff's claim against Aetna relates to an employee benefit plan within the meaning of ERISA, Aetna may remove to this Court pursuant to 28 U.S.C. § 1441(a).

9. ERISA provides an exclusive federal enforcement scheme for claims by plan beneficiaries and preempts state tort and contract actions. 29 U.S.C. §§ 1132 and 1144.

10. This notice has been filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure. Aetna received the summons and complaint on December 7, 2006.

11. Upon the filing of this notice, Aetna will give written notice to plaintiff's attorney and will file a copy of this notice with the Clerk of the Court, New York City Civil Court, County of New York.

WHEREFORE, Aetna Life Insurance Company requests that the Civil Court Action now pending in the Civil Court of the City of New York, County of New York, be removed to this Court.

New York, New York
December 14, 2006

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth J. Kelly (KK-4195)
Jennifer M. Horowitz (JH-3173)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
Aetna Life Insurance Company

**Exhibit A**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Index No. 070293CV200

FREDRIC JOEL COHEN, M.D., P.C.

(Tatyana Zeldin)

## SUMMONS

plaintiff,

Plaintiff's Address
61 East 66th Street
New York, New York 10021
The basis of the venue designated is:
Plaintiff's place of business.

-against-

AETNA U.S. HEALTHCARE INSURANCE COMPANY,

defendant.
——————————————————————X

To the above named defendant:

**You are hereby summoned** to appear in the Civil Court of the City of New York, County of New York at the office of the said Court at 111 Centre Street, in the County of New York, City and State of New York, within the time provided by law as noted below and to file your answer to the -endorsed summons- with the Clerk: upon your failure to answer judgment will be taken against you for the sum of $ 57,243.00 with interest thereon from the 12th day of April, 2005 together with the costs of this action.

Dated: October 27, 2006

Robert A. Santucci
Attorneys for Plaintiffs:
SANTUCCI & ASSOCIATES
67 Wall Street – 22nd Floor
New York, New York 10005-3111
(212) 709-8357

Defendant's Address:
Aetna U.S. Healthcare Ins. Co.
99 Park Avenue
New York, New York 10016

Note. The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City Of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer. "If the cause of action is for money only and a formal complaint is not attached to the summons, strike the words "annexed complaint." If a formal complaint is attached to the summons, strike the words "endorsed summons."

070293 CVN 2006
Filed N.Y. County, NY
11/27/2006

## ENDORSED COMPLAINT

A statement of the nature and substance of the plaintiff's cause of action is follows:

**Jurisdiction and Venue:** Plaintiff is a professional corporation with a place of business in the County, City and State of New York. Upon information and belief, defendant is a domestic corporation with a place of business at 99 Park Avenue, New York, New York 10016 and who transacts business within the City and State of New York. This transaction arose in the County, City, and State of New York.

**First Cause of Action:** This is an action for breach of contract. Heretofore defendant or its agent issued to Tatyana Zeldin medical insurance coverage. That on or about or between March 12, 2005 and April 12, 2005 plaintiff provided medical services to Tatyana Zeldin and submitted medical claims to the defendant in the amount of $ 57,242.00 which the defendant refused to pay.

Attorneys for Plaintiff:
SANTUCCI & ASSOCIATES
67 Wall Street
22nd Floor
New York, New York 10005-3111
(212) 709-8357

# HEALTH INSURANCE CLAIM FORM

**1. Medicare / Medicaid / Champus / Champva / Group Health Plan / FECA Blk Lung / Other:** OTHER
**1a. Insured's I.D. Number:** W056672990

**2. Patient's Name:** ZELDIN TATYANA
**3. Patient's Birth Date:** 10/24/1961 **Sex:** F
**4. Insured's Name:** ZELDIN TATYANA

**5. Patient's Address:** 49 COMMODORE DR
**6. Patient Relationship to Insured:** Self
**7. Insured's Address:** 49 COMMODORE DR

**City:** STATEN ISLAND **State:** NY
**City:** STATEN ISLAND **State:** NY

**Zip Code:** 10309 **Telephone:** (718) 227-6261
**Zip Code:** 10309 **Telephone:** (718) 227-6261

**8. Patient Status:** Married, Employed

**10. Is Patient's Condition Related To:**
a. Employment: NO
b. Auto Accident: NO
c. Other Accident: NO

**11. Insured's Policy Group or FECA Number:** 800201-10-100
a. **Insured's Date of Birth:** 10/24/1961 Sex: F
b. **Employer's Name:** AUTOMATIC DATA PROCESSING INC.
c. **Insurance Plan Name:** AETNA
d. **Is there another health benefit plan?** NO

**21. Diagnosis or Nature of Illness or Injury:**
1. 478.1
2. 470
3. 478.0

**23. Prior Authorization Number:** 35399081-0000-0000

| 24. A. Dates of Service From-To | B. Place of Service | C. Type of Service | D. Procedures, Services, or Supplies CPT/HCPCS MODIFIER | E. Diagnosis Code | F. $ Charges | G. Days or Units | H. EPSDT Family Plan | I. EMG | J. COB | K. Reserved for Local Use |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/2005 03/25/2005 | 11 | S | 99070 | | 2500.00 | | | | | |

**25. Federal Tax I.D. Number:** 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
**26. Patient's Account No.:** ALPHA
**27. Accept Assignment:** YES
**28. Total Charge:** $2500.00
**29. Amount Paid:** $0.00
**30. Balance Due:** $2500.00

**31. Signature of Physician or Supplier:** Fredric Cohen
**32. Name and Address of Facility:** FREDRIC COHEN MD, 61 EAST 66 ST, NEW YORK, NY 10021
**33. Physician's, Supplier's Billing Name, Address, Zip Code & Phone #:** FREDRIC COHEN MD, (212) 452-0077, 61 EAST 66 ST, NEW YORK, NY 10021

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER
1a. INSURED'S I.D. NUMBER: W056879960

2. PATIENT'S NAME: ZELDIN TATYANA
3. PATIENT'S BIRTH DATE: 10/24/1961  SEX: F
4. INSURED'S NAME: ZELDIN TATYANA

5. PATIENT'S ADDRESS: 49 COMMODORE DR
6. PATIENT RELATIONSHIP TO INSURED: Self
7. INSURED'S ADDRESS: 49 COMMODORE DR

CITY: STATEN ISLAND   STATE: NY
8. PATIENT STATUS: Married; Employed
CITY: STATEN ISLAND   STATE: NY

ZIP CODE: 10309   TELEPHONE: (718)277-8261
ZIP CODE: 10309   TELEPHONE: (718)277-8261

11. INSURED'S POLICY GROUP OR FECA NUMBER: 800201-10-100

a. EMPLOYMENT? (CURRENT OR PREVIOUS): NO
a. INSURED'S DATE OF BIRTH: 10/24/1961   SEX: F

b. AUTO ACCIDENT?: NO
b. EMPLOYER'S NAME OR SCHOOL NAME: AUTOMATIC DATA PROCESSING INC.

c. OTHER ACCIDENT?: NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: AETNA

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?: NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 478.1
2. 478.0
4. 470

23. PRIOR AUTHORIZATION NUMBER: 36396061-0000-0000

| DATE(S) OF SERVICE From | To | Place of Service | Type | PROCEDURES | Modifier | DIAGNOSIS CODE | $ CHARGES |
|---|---|---|---|---|---|---|---|
| 03/25/2005 | 03/25/2005 | 11 | S | 30620 | 50 | 478.1 | 10000.00 |
| 03/25/2005 | 03/25/2005 | 11 | S | 30520 | | 470 | 10000.00 |
| 03/25/2005 | 03/25/2005 | 11 | S | 30140 | 50 | 478.0 | 10000.00 |
| 03/25/2005 | 03/25/2005 | 11 | S | 31200 | | | 5000.00 |
| 03/25/2005 | 03/25/2005 | 11 | S | 14061 | | | 5000.00 |
| 03/25/2005 | 03/25/2005 | 11 | S | 30220 | 50 | | 5000.00 |

25. FEDERAL TAX I.D. NUMBER: 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
26. PATIENT'S ACCOUNT NO.: ALPHA
27. ACCEPT ASSIGNMENT?: YES
28. TOTAL CHARGE: $45000.00
29. AMOUNT PAID: 0.00
30. BALANCE DUE: $45000.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Fredric Cohen   DATE: 4/5/0
32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED: FREDRIC COHEN MD, 61 EAST 66 ST, NEW YORK NY 10021
33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: (212) 452-0077 FREDRIC COHEN MD, 61 EAST 66 ST, NEW YORK NY 10021

# HEALTH INSURANCE CLAIM FORM

**1. INSURED'S I.D. NUMBER:** W058679960

**2. PATIENT'S NAME:** ZELDIN TATYANA
**3. PATIENT'S BIRTH DATE:** 10/24/1961  SEX: F
**4. INSURED'S NAME:** ZELDIN TATYANA

**5. PATIENT'S ADDRESS:** 49 COMMODORE DR.
**7. INSURED'S ADDRESS:** 49 COMMODORE DR

**CITY:** STATEN ISLAND  **STATE:** NY
**ZIP CODE:** 10309  **TELEPHONE:** (718)277-6261

**11. INSURED'S POLICY GROUP OR FECA NUMBER:** 800201-10-100

**a. INSURED'S DATE OF BIRTH:** 10/24/1961  SEX: F

**b. EMPLOYER'S NAME OR SCHOOL NAME:** AUTOMATIC DATA PROCESSING INC.

**c. INSURANCE PLAN NAME OR PROGRAM NAME:** AETNA

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:**
1. 478.1
2. 478.0
3. 470

**23. PRIOR AUTHORIZATION NUMBER:** 36398061

| DATE(S) OF SERVICE FROM | TO | Place | Type | PROCEDURES | DIAGNOSIS CODE | $ CHARGES |
|---|---|---|---|---|---|---|
| 04/12/2005 | 04/12/2005 | 11 | S | 31237 | 478.1 | 5000.00 |
| 04/12/2005 | 04/12/2005 | 11 | S | 31238 | 470 | 2500.00 |
| 04/12/2005 | 04/12/2005 | 11 | S | 30310 | 478.0 | 2500.00 |
| 04/12/2005 | 04/12/2005 | 11 | S | 30560 | | 2500.00 |
| 04/12/2005 | 04/12/2005 | 11 | S | 69070 | | 1500.00 |

**25. FEDERAL TAX I.D. NUMBER:** 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
**26. PATIENT'S ACCOUNT NO.:** ZEL
**28. TOTAL CHARGE:** $14000.00
**29. AMOUNT PAID:** $0.00
**30. BALANCE DUE:** $14000.00

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:**
FREDRIC J COHEN
61 EAST 66 ST
NEW YORK   NY   10021

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:**
FREDRIC J COHEN
61 EAST 66 STREET   (212)452-0077
NEW YORK   NY   10021

STATE OF NEW YORK        )
COUNTY OF NEW YORK       ) ss.:

I, Catherine Lella, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York.

On October 27, 2006, I served a copy of the within summons and endorsed complaint by depositing a true copy thereof, in a post-paid wrapper under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Aetna U.S. Healthcare Insurance Company
        99 Park Avenue
      New York, New York 10016

                   _Catherine Lella_
                    Catherine Lella

Sworn to this 27th day
of October, 2006

_____
Notary Public

ROBERT A. SANTUCCI
NOTARY PUBLIC, ST. of N.Y.
#02SA4671860
COMMISSION EX[P]    , 20[07]

(3)

mbr = Yahaira Kesten